UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-543 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ANTHONY DRAWHORN, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:   Possession of MDMA with Intent to Distribute; Attempted Possession of MDMA with Intent to Distribute

<u>Date of Detention Hearing</u>:   November 28, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been charged with a drug offense the maximum penalty of which is

in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant is not currently employed. He states that he has been caring for his mother in Southern California since June 2007. His wife and three children recently relocated to Toronto, Canada. He is a United States citizen, with a Canadian driver's license. He has few ties to this District. His background information was not verified. He has pending controlled substance and firearms charges in state court in Southern California.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01       counsel for the defendant, to the United States Marshal, and to the United States

02       Pretrial Services Officer.

03    DATED this <u>28th</u> day of November, 2007.

04

05                                  _____
                                    Mary Alice Theiler
06                                  United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                                        15.13
18 U.S.C. § 3142(i)                                                                Rev. 1/91
PAGE 3