Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-0417 RAJ |
| Plaintiff, ) | |
| v. ) | ORDER ON DEFENDANT'S MOTION TO CONTINUE |
| JAMIE ALPHONSE LEO CADORETTE, ) BRIAN JOHN COLL, ) ANTHONY DRAWHORN, ) | TRIAL DATE AND MOTIONS CUT-0FF DATE |
| Defendants. ) | |

THIS MATTER having come before the Court upon the motion of defendant Anthony Drawhorn for additional time for trial and pretrial motions; the Court having reviewed the matter, and finding that the interests of the defendant in obtaining a fair trial outweigh the requirements of the Speedy Trial Act; it is hereby

**ORDERED** that trial is continued until: April 7, 2008; and the motions cut-off date is: February 4, 2008.

DATED this 28th day of January , 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S MOT TO CONTINUE
TRIAL & MOTIONS CUT-OFF DATE (CR07-0417RAJ)

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue
Seattle, Washington 98104
(206) 682-1016

1
2
3  Presented by:
4
5  /s/
   Benjamin N. Sternberg
6  Admitted *pro hac vice*
7  Attorney for Defendant
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ON DEFENDANT'S MOT TO CONTINUE
TRIAL & MOTIONS CUT-OFF DATE (CR07-0417RAJ)

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue
Seattle, Washington 98104
(206) 682-1016